## Satler *v.* Rice (et al., Appellant).

Argued October 9, 1957. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Joseph Singer,* for appellant.

*L. J. Lichtenstein,* with him *Dennis, Lichtenstein, Cohen & Dennis,* for plaintiff, appellee.

OPINION PER CURIAM, November 12, 1957:

The judgment of the court below is affirmed on the opinion of Judge BURCH, as reported in 9 Pa. D. & C. 2d 741.